**June BRYANT–BUNCH, Plaintiff— Appellant,**

v.

**Theodis BECK, Secretary of Prison; J. Boyd Bennett, Director of Prison; Robert Smith, Superintendent of Eastern Correctional Institution; Larry Dial, Assistant Superintendent of Eastern Correctional Institution; Michael F. Easley, Governor and former Attorney General; Roy Cooper, Attorney General of North Carolina, Defendants—Appellees.**

No. 07–2030.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

June Bryant–Bunch, Appellant Pro Se. Joseph Finarelli, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

June Bryant–Bunch appeals the district court's orders denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bryant–Bunch v. Beck,* No. 2:02–cv–00034–BO (E.D.N.C. Feb. 5, 2003; filed Sept. 28, 2007 & entered Oct. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*